UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 1 0 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| Cheryl Jones, et al | § § | |
| vs. | § § | CIVIL NO: SA:14-CV-00328-RCL |
| City of San Antonio, Robert Encina, et al | § § | |

## RECEIPT FOR DEFENDANT'S EXHIBITS

I hereby acknowledge receipt of the following exhibits introduced at the trial proceedings.

These exhibits will be retained until the final disposition of the case.

### SEE THE ATTACHED LISTS

_10/10/19_
DATE

_Steven Garner_
ATTORNEY OR AGENT

_Deborah Klein & Mark Ralls_
ATTORNEY OR AGENT